UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Jamarcus Torrence | ) JURY TRIAL DEMANDED |
|     Plaintiff, | ) |
| v. | ) Case No. 3:26-cv-120 |
| EQUIFAX INFORMATION SERVICES LLC | ) |
|     Defendants. | ) |

COMPLAINT AND DEMAND FOR JURY TRIAL

## I. INTRODUCTION

1. Plaintiff Jamarcus Torrence brings this civil action against EQUIFAX INFORMATION SERVICES LLC through counsel, seeking actual damages, statutory damages, costs, and attorney's fees following violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

## II. JURISDICTION AND VENUE

2. This District obtains subject matter jurisdiction over Plaintiff's claims pursuant to 15 U.S.C. § 1681p, which provides for jurisdiction of actions arising under the FCRA.

3. Defendant EQUIFAX INFORMATION SERVICES LLC (hereinafter as "Equifax") is a consumer reporting agency subject to the requirements of the FCRA and is therefore subject to the jurisdiction of this Court.

4. Venue is proper as the Plaintiff lives in Mecklenburg County, North Carolina and the conduct described in this action occurred in this District.

## III. IDENTIFICATION OF PARTIES

5. Jamarcus Torrence is a natural person and a Consumer as defined by 15 U.S.C. § 1681a(c). He currently resides in Mecklenburg County, North Carolina and actively participates in the consumer credit industry.

6. Equifax is a Georgia based corporation, with a primary business address of 1550 Peachtree Street NW, Atlanta, GA 30309.

7. Equifax's registered agent is Corporation Service Company with a principal address of 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608.

8. Equifax operates as a nationwide Consumer Reporting Agency ("CRA") under the definition set out in 15 U.S.C. § 1681a(f). For a fee or through cooperative

arrangements, it regularly collects and analyzes credit and consumer data, then sells or provides that information to third parties in the form of consumer reports. In doing so, Equifax makes use of interstate commerce channels such as the mail and the internet. Because of this, Equifax is directly subject to the requirements of the FCRA and is fully aware of the legal duties placed on it by federal law.

## IV. FACTUAL AND ALLEGATIONS

9. On or about August 19, 2025, Mr. Torrence requested and obtained a copy of his consumer disclosure from Equifax through the online portal that Equifax uses known as annualcreditreport.com. The Equifax Confirmation Number is 5231531422.

10. When Mr. Torrence reviewed the disclosure, he noticed there was a significant amount of incomplete and inaccurate information contained in the disclosure.

11. Mr. Torrence's plan was to verify the information contained in his file and to dispute any inaccurate information that may interfere with his creditworthiness.

12. The incomplete and inaccurate information in the disclosure prevented Mr. Torrence from being able to verify or dispute the adverse accounts in his file.

13. Some of the fields omitted by Equifax in Mr. Torrence's disclosure include account numbers, date of last activity, actual payment amount, charge off amount and original creditors. Equifax failed to disclose complete payment history for multiple accounts.

14. The omissions made by Equifax are in direct violation of 15 U.S.C. § 1681g(a)(1) as it possessed or should have possessed the information omitted from Mr. Torrence's disclosure.

15. The accounts information shown (with some accounts dating back to 2021) on Mr. Torrence's disclosures are inaccurate and incomplete.

16. This violation of 15 U.S.C. § 1681g(a)(1), committed by Transunion has caused a great amount of harm to Mr. Torrence including statutory rights deprivation, financial hardships, risk of disproportionate adverse results when applying for extensions of credit, a deterrence of involvement in the credit industry, worry that his credit rating had been subject to irrevocable damage, anxiety pertaining to his financial and personal future, and fear of operating in an economy that is so reliant on a consumer's credit history.

17. Consumers receiving full and complete file information plays a vital role in their ability to identify, investigate and dispute inaccuracies in their file. Pursuant to 15 U.S.C. § 1681g(a)(1), every consumer reporting agency shall, upon request, clearly and accurately disclose to the consumer all information in the consumer's file.

18. The tradelines Mr. Torrence noticed that were inaccurate and incomplete were LVNV Funding LLC, Five Department of Education accounts, First Premier, Jefferson Capital LLC, Two Navy Federal Credit Union accounts, Austin Capital Bank, Self/Southside Bank and Fingerhut.

19. The LVNV FUNDING LLC tradeline entry contained missing information. The account number shown (*3107) is incomplete. The "Date of Last Activity" and eleven other fields are blank. The account was opened in December, 2023 but both "Payment History" and "24 Month History" do not begin showing data until months later. Additionally, the "24 Month History" shows incomplete data throughout the field. Most importantly, Equifax did not disclose the original creditor. LVNV Funding LLC is a third-party debt collection company and purportedly purchased the rights to collect this debt from another company.

20. The consumer disclosure reflects five DEPARTMENT OF ED accounts with missing account numbers and multiple inaccuracies. The affected accounts are as follows: (*4227)–balance of $4,140; (*4327)–balance of $4,475; (*4027)– balance of $10,226; (*4427)–balance of $10,977; and (*4127)–balance of $5,610. In addition to the incomplete account numbers, the "Actual Payment Amount" and eleven other disclosures are entirely omitted in this field. The account dates open March 2012, July 2012 and the last dates are September 2013, yet the disclosure leave out over a decade of data in both the "Payment History" and "24-Month History" fields. All five accounts state a payment was made each month from January 2025 to March 2025, but states Mr. Torrence is "90 Past Due" for April 2025.

21. The FIRST PREMIER tradeline entry contained missing information. The account number shown (*8478) is incomplete. The "Date of Last Activity" and nine other

areas in this section that have missing information. The "24 Month History" has three sections that have missing or incomplete information.

22. The JEFFERSON CAPITAL LLC tradeline entry contained missing information. The account number shown (*7381) is incomplete. The "Date of Last Activity" and twelve other fields are blank. In the "Payment History" and "24 Month History" disclosures do not begin until June 2024 while the account was opened in April 2024. Additionally, the "24 Month History" does not show 24 months of information while showing incomplete data throughout. Most importantly, Equifax did not disclose the original creditor. JEFFERSON CAPITAL LLC is a third-party debt collection company and purportedly purchased the rights to collect this debt from another company.

23. The two NAVY FEDERAL CREDIT UNION tradeline entries contain missing information. The account numbers shown for both, (*9917) and (*2532) are incomplete. For both accounts, "Date of Last Activity" and eight or more other areas in this field have missing information. In "24 Month History" there are multiple missing disclosures for both accounts.

24. The AUSTIN CAPITAL BANK tradeline entry contains missing information. The account number shown (*9192) is incomplete. The "Date of Last Activity" and nine other disclosures are incomplete. In the "24 Month History", months of information are missing as well as complete sections.

25. The SELF/SOUTHSTATE BANK tradeline entry contains missing information. The account number shown (*3663) is incomplete. The "Date of Last Activity" and eight other disclosures are incomplete. In the "24 Month History", months of information are missing as well as complete sections.

26. The FINGERHUT tradeline entry contains missing information. The account number shown (*3107) is incomplete. "Date of Last Activity" and eight other sections are missing or incomplete. In the "24 Month History" there are 15 months of missing information as well as missing sections in this field.

## V. LEGAL FRAMEWORK AND OBLIGATION

27. 15 U.S.C. § 1681g(a)(1) strictly requires consumer reporting agencies to "upon request… clearly and accurately disclose to the consumer (1) All information in the consumers file at the time of request." The term "file," when used in connection with information on any consumer, means all of the information on that consumer recorded and retained by a consumer reporting agency regardless of how the information is stored.

28. Without access to full account numbers, complete balance histories, payment histories, and other critical data fields, Plaintiff cannot determine what is being furnished accurately, investigate his own records, verify information, calculate payments, verify history, ultimately stripping his ability to compile a detailed dispute letter in attempt to remove any inaccurate information.

# VI. DAMAGES SUSTAINED FROM EQUIFAX'S OMISSIONS

29. The toll on Mr. Torrence is undeniable. His creditworthiness has been directly harmed. Missing data made it impossible for him to identify and dispute inaccurate items, which led to financial hardship, credit denials, and unfavorable loan terms.

# VII. FIRST CLAIM FOR RELIEF - VIOLATION OF 15 U.S.C. § 1681g(a)(1)
## Failing to clearly and accurately disclose all credit information

30. Mr. Torrence adopts and incorporates all prior paragraphs as though fully set forth here.

31. Equifax violated 15 U.S.C. § 1681g(a)(1) when responding to Mr. Torrence's disclosure request by failing to provide a complete and accurate report of the information in his file. Instead of supplying the full records required by Congress, Equifax delivered disclosures that left out important and necessary information.

32. Under 15 U.S.C. § 1681n, Equifax is liable to Mr. Torrence for either his actual damages or statutory damages of up to $1,000 per violation, along with costs and reasonable attorney's fees.

33. The disclosure Equifax produced contained significant gaps, including missing balance histories, incomplete payment records, partial account numbers, and other absent account details. Each missing piece represents a separate violation of the FCRA.

34. Even if Equifax's actions are not considered willful, they were at the very least negligent. As such, Equifax remains liable under 15 U.S.C. § 1681o for Plaintiff's actual damages and the costs of bringing this action.

WHEREFORE, Mr. Torrence respectfully requests that the Honorable Court enter judgment against Equifax for:

a. The greater of statutory damages of $1,000 per incident and Mr. Torrence' actual damages, pursuant to 15 U.S.C. § 1681n(a)(1)(A), or Mr. Torrence' actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

b. Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

c. Costs pursuant to 15 U.S.C. § 1681n(a)(3) and/or 15 U.S.C. § 1681o(a)(2); and reasonable attorneys fees pursuant to 15 U.S.C. § 1681n(c), and;

d. Such other relief that this Court deems just and proper.

Respectfully submitted on February 15, 2026, by:

/Marcel A. McCrea/
Marcel A. McCrea, Esq.
Clearview Legal
PO Box 680128
Charlotte, NC 28216
T.: 980.225.9072
F: 980.225.9080
E: marcel@clearview.legal
COUNSEL FOR PLAINTIFF

# EXHIBITS

# EXHIBIT A: LVNV FUNDING LLC



## **EXHIBIT B: 5 (FIVE) DEPT OF ED ACCOUNTS**











**FIRST PREMIER - Closed**

3820 N Louise Ave, Sioux Falls, SD 571070145 | (800) 501-6535
Account Number: **\*8478** | Owner: **Individual Account**
Loan/Account Type: **Credit Card** | Status: **Charge Off**

Date Reported: **08/03/2025** | Balance: **$604**
Credit Limit: **$400** | High Credit: **$604**

Date Opened: **02/06/2023**
Date of Last Activity: -
Scheduled Payment Amount: -
Actual Payment Amount: -
Date of Last Payment: **09/09/2023**
Term Duration: -

Date of 1st Delinquency: **10/13/2023**
Date Major Delinquency 1st Reported: **03/14/2024**
Amount Past Due: **$604**
Charge Off Amount: **$604**
Date Closed: -
Activity Designator: -

Terms Frequency: -
Months Reviewed: **30**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **067, 002**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2025 | CO | CO | CO | CO | CO | CO | CO | - | - | - | - | - |
| 2024 | 90 | 120 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | - | - | ✓ | ✓ | ✓ | 30 | 60 | 90 | ✓ | ✓ | 30 | 60 |

| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | = | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 07/25 | $604 | - | - | 09/09/2023 | $604 | $604 | $400 | 067, 002, 233, 174 |
| 06/25 | $604 | - | - | 09/09/2023 | $604 | $604 | $400 | 067, 002, 233, 174 |
| 05/25 | $604 | - | - | 09/09/2023 | $604 | $604 | $400 | 067, 002, 233, 174 |
| 04/25 | $604 | - | - | 09/09/2023 | $604 | $604 | $400 | 067, 002, 233, 174 |
| 03/25 | $604 | - | - | 09/09/2023 | $604 | $604 | $400 | 067, 002, 233, 174 |
| 02/25 | $604 | - | - | 09/09/2023 | $604 | $604 | $400 | 067, 002, 233, 174 |
| 01/25 | $604 | - | - | 09/09/2023 | $604 | $604 | $400 | 067, 002, 233, 174 |
| 12/24 | $604 | - | - | 09/09/2023 | $604 | $604 | $400 | 067, 002, 233, 174 |
| 11/24 | $604 | - | - | 09/09/2023 | $604 | $604 | $400 | 067, 002, 233, 174 |
| 10/24 | $604 | - | - | 09/09/2023 | $604 | $604 | $400 | 067, 002, 233, 174 |
| 09/24 | $604 | - | - | 09/09/2023 | $604 | $604 | $400 | 067, 002, 233, 174 |
| 08/24 | $604 | - | - | 09/09/2023 | $604 | $604 | $400 | 067, 002, 233, 174 |
| 07/24 | $604 | - | - | 09/09/2023 | $604 | $604 | $400 | 067, 002, 233, 174 |
| 06/24 | $604 | - | - | 09/09/2023 | $604 | $604 | $400 | 067, 002, 233, 174 |
| 05/24 | $604 | - | - | 09/09/2023 | $604 | $604 | $400 | 067, 002, 233, 174 |
| 04/24 | $604 | - | - | 09/09/2023 | $604 | $604 | $400 | 067, 002, 233, 174 |
| 03/24 | $604 | - | - | 09/09/2023 | $604 | $604 | $400 | 067, 002, 233, 174 |
| 02/24 | $585 | $41 | - | 09/09/2023 | $175 | $585 | $400 | 002, 233, 001, 262 |
| 01/24 | $568 | $40 | - | 09/09/2023 | $135 | $568 | $400 | 002, 233, 001 |
| 12/23 | $552 | $39 | - | 09/09/2023 | $96 | $552 | $400 | 002, 233, 001 |
| 11/23 | $497 | $35 | - | 09/09/2023 | $61 | $497 | $400 | 002, 233 |
| 10/23 | $441 | $31 | - | 09/09/2023 | - | $470 | $400 | 002, 233 |
| 09/23 | $281 | $30 | $133 | 09/09/2023 | - | $470 | $400 | 002, 233, 001 |
| 08/23 | $401 | $30 | - | 04/11/2023 | $102 | $470 | $400 | 002, 233, 001 |

# EXHIBIT D: JEFFERSON CAPITAL LLC



# EXHIBIT E: TWO NAVY FEDERAL CREDIT UNION ACCOUNTS

 **NAVY FEDERAL CREDIT UNION - Closed**

PO Box 3700, Attn Cbr Disputes, Merrifield, VA 221193700 | (888) 842-6328  
Account Number: *9917 | Owner: **Individual Account**  
Loan/Account Type: **Secured Credit Card** | Status: **Account closed; was 90 - 119 Days Past Due**

Date Reported: **01/10/2025** | Balance: **$0**  
Credit Limit: **$200** | High Credit: **$267**

Date Opened: **06/11/2024**  
Date of Last Activity: -  
Scheduled Payment Amount: -  
Actual Payment Amount: **$200**  
Date of Last Payment: **12/11/2024**  
Term Duration: -

Date of 1st Delinquency: **10/06/2024**  
Date Major Delinquency 1st Reported: -  
Amount Past Due: -  
Charge Off Amount: -  
Date Closed: **11/08/2024**  
Activity Designator: **Paid and Closed**

Terms Frequency: **Monthly**  
Months Reviewed: **6**  
Deferred Payment Start Date: -  
Balloon Payment Amount: -  
Balloon Payment Date: -  
Narrative Code(s): **158, 065, 041**

### Payment History

| Year 2024 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | - | - | - | - | - | - | ✓ | ✓ | ✓ | 30 | 60 | 90 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | - | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 12/24 | $267 | $26 | - | 07/22/2024 | $66 | $267 | $200 | 065, 002, 233 |
| 11/24 | $247 | $26 | - | 07/22/2024 | $40 | $247 | $200 | 065, 002, 233 |
| 10/24 | $223 | $20 | - | 07/22/2024 | $20 | $223 | $200 | 002, 233 |
| 09/24 | $200 | $20 | - | 07/22/2024 | - | $200 | $200 | 002, 233 |
| 08/24 | $197 | $20 | $34 | 07/22/2024 | - | $199 | $200 | 002, 233 |
| 07/24 | $34 | - | $467 | 07/06/2024 | - | $199 | $200 | 002, 233 |

 **NAVY FEDERAL CREDIT UNION - Closed**

PO Box 3700, Attn: Cbr Disputes, Merrifield, VA 221193700 | (888) 842-6328  
Account Number: *2532 | Owner: **Individual Account**  
Loan/Account Type: **Secured** | Status: **Pays As Agreed**

Date Reported: **11/30/2024** | Balance: **$0**  
Credit Limit: - | High Credit: **$2,000**

Date Opened: **05/01/2024**  
Date of Last Activity: **11/04/2024**  
Scheduled Payment Amount: -  
Actual Payment Amount: **$1,065**  
Date of Last Payment: **11/04/2024**  
Term Duration: **6 Months**

Date of 1st Delinquency: -  
Date Major Delinquency 1st Reported: -  
Amount Past Due: -  
Charge Off Amount: -  
Date Closed: **11/04/2024**  
Activity Designator: **Paid and Closed**

Terms Frequency: **Monthly**  
Months Reviewed: **6**  
Deferred Payment Start Date: -  
Balloon Payment Amount: -  
Balloon Payment Date: -  
Narrative Code(s): **158, 125, 132**

### Payment History

| Year 2024 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | 30 | - | - |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | - | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 10/24 | $1,065 | $335 | - | 08/12/2024 | $335 | $2,000 | - | 125, 132 |
| 09/24 | $1,034 | $335 | - | 08/12/2024 | - | $2,000 | - | 125, 132 |
| 08/24 | $1,004 | $335 | $307 | 08/12/2024 | - | $2,000 | - | 125, 132 |
| 07/24 | $1,309 | $335 | - | 06/17/2024 | - | $2,000 | - | 125, 132 |
| 06/24 | $1,306 | $335 | $700 | 06/17/2024 | - | $2,000 | - | 125, 132 |
| 05/24 | $2,003 | $335 | - | - | - | $2,000 | - | 132, 125 |

# EXHIBIT F: AUSTIN CAPITAL BANK



# EXHIBIT G: SELF/SOUTHSTATE BANK



# EXHIBIT H: FINGERHUT

